FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 0 1 2012

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 12-452 |
| Plaintiff, ) | |
| ) | 18 U.S.C. § 1001(a)(2): Statements |
| vs. ) | or entries generally. |
| ) | |
| **CODY TSOSIE**, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about January 29, 2011, in McKinley County, in the State and District of New Mexico, Defendant **CODY TSOSIE**, in a matter within the jurisdiction of the Executive Branch of Government of the United States, that is, the Federal Bureau of Investigation, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, knowing such statement and representation to be false, fictitious, and fraudulent. Specifically, during the course of a criminal investigation that was being conducted by the Federal Bureau of Investigation, Defendant **CODY TSOSIE**, when talking about the nature of how and when Mygael Tsosie sustained fatal injuries on Highway 491 near Yahtahey, New Mexico on January 29, 2011, did falsely state and represent that while driving his own vehicle by himself, he came upon Mygael Tsosie and other people on the side of the roadway, and Defendant observed that Mygael Tsosie had previously sustained injuries and so Defendant **CODY TSOSIE** loaded him into the bed of his truck and took Mygael Tsosie for medical assistance, when in truth and fact Defendant **CODY TSOSIE** knew that Mygael Tsosie had been in the bed of Defendant **CODY**

**TSOSIE'S** truck and while Defendant **CODY TSOSIE** was operating his truck at a high rate of speed, Mygael Tsosie fell from the bed of the Defendant's truck and sustained fatal injuries.

In violation of 18 U.S.C. § 1001.

A TRUE BILL:

_/s/_
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

2/21/12  10:19 am